LORI SCHLESSINGER et al., Appellants, v VALSPAR CORPORATION, Respondent.

Decided August 30, 2012

*See* 686 F3d 81.

Certification of questions by the United States Court of Appeals for the Second Circuit, pursuant to section 500.27 of the Rules of Practice of the Court of Appeals (22 NYCRR 500.27),

accepted and the issues presented are to be considered after briefing and argument.

Concur: Chief Judge LIPPMAN and Judges CIPARICK, GRAFFEO, READ, SMITH, PIGOTT and JONES.